R.H. MACY & CO., INC. v. TOWN OF MORRISTOWN.

May 28, 1987.

Petition for certification denied.

ARMADO CAMPOS v. THE FIRESTONE TIRE AND
RUBBER COMPANY.

May 28, 1987.

Petition for certification denied.

DIVISION OF ALCOHOLIC BEVERAGE CONTROL v. MOORE'S
INN, INC. T/A MOORE'S INN.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY, DEPARTMENT OF LAW AND
PUBLIC SAFETY, DIVISION OF GAMING
ENFORCEMENT v. PHILIP LEONETTI.

May 28, 1987.

Petition for certification granted.   (See 216 *N.J.Super.* 579)